01/05/2011 11:48 FAX　　　　　　　　FLASTERGREENBERG　　　　　　　　☒003/004

Case 3:10-cv-04875-PGS-DEA   Document 8   Filed 01/06/11   Page 1 of 2 PageID: 68
Case 2:10-cv-04875-PGS-ES   Document 7   Filed 01/05/11   Page 1 of 2 PageID: 66

**FLASTER/GREENBERG P.C.**
By:　　Jeffrey A. Cohen, Esquire
　　　　Adam E. Gersh, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: (856) 661-1900
Fax:　　(856) 661-1919
*Attorneys for Defendant, VaTech America, Inc.*

IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OY AJAT, LTD., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>VATECH AMERICA, INC., <br>E-WOO TECHNOLOGY U.S.A., INC., <br>VATECH CO., LTD. <br>and E-WOO TECHNOLOGY CO., LTD., <br><br>　　　　Defendants. | Civ. A. No. 2:10-cv-04875 (PGS-ES) <br><br>Civil Action |

<u><b>STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS<br>VATECH AMERICA, INC. AND E-WOO TECHNOLOGY U.S.A., INC. MAY ANSWER,<br>RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT</b></u>

**THIS MATTER,** having been opened to the Court on the application of Defendants VaTech America, Inc. and E-Woo Technology U.S.A., Inc. (collectively the "VaTech America Defendants"), and it being represented to the Court that Plaintiff Oy Ajat, Ltd. and the VaTech America Defendants have agreed to the following stipulations:

　　1.　　Plaintiff served VaTech America, Inc. with the Summons and Complaint on or about December 1, 2010;

2. Plaintiff has agreed that the time within which the VaTech America Defendants may answer, move or otherwise respond is extended through and including January 14, 2011;

3. Plaintiff has yet to complete service on defendants Vatech Co., Ltd or E-woo Technology Co., Ltd., both of which are foreign entities organized and existing under South Korean law with principal places of business located in South Korea. Such service efforts are proceeding under the Hague Convention;

And the Court, having considered the foregoing stipulations, and for good cause shown;

IT IS on this _____6th_____ day of __January__, 2011;

**ORDERED** that the VaTech America Defendants' application be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that the time within which the VaTech America Defendants may answer, move or otherwise respond is hereby extended through and including January 14, 2011.

Stipulated and Agreed to by:

**FLASTER/GREENBERG P.C.**

By: /s/ Jeffrey A. Cohen
    Jeffrey A. Cohen

*Attorneys for Defendants VaTech America, Inc. and e-Woo Technology U.S.A., Inc.*

By: _____
    Philip S. Bonforte
*Attorneys for Plaintiff, Oy Ajat, Ltd.*