FLASTER/GREENBERG P.C.
By:  Jeffrey A. Cohen, Esquire
     Adam E. Gersh, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone:   (856) 661-1900
Fax:     (856) 661-1919

HUSCH BLACKWELL LLP
Michael R. Annis (admitted *pro hac vice*)
Bryce J. Bartlett (admitted *pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone:   (314) 480-1500
Fax:     (314) 480-1505

*Attorneys for Defendant Vatech America, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OY AJAT, LTD,<br><br>Plaintiff,<br><br>v.<br><br>VATECH AMERICA, INC., et al,<br><br>Defendants. | Civ. A. No. 3:10-cv-04875 (PGS-DEA)<br><br>Civil Action |

### DECLARATION OF BRYCE J. BARTLETT, ESQ. IN SUPPORT OF DEFENDANT VATECH AMERICA, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Bryce J. Bartlett, Esq., declare that:

1.  I am an attorney with the law firm of Husch Blackwell LLP, and I am also counsel of record for defendant Vatech America, Inc. ("Vatech America"), in

1

the above-captioned cause. I make this declaration in support of Defendant Vatech America's Opening Claim Construction Brief.

2. Attached hereto as Exhibit A is a true and correct copy of the U.S. Patent No. 7,336,763 (the '763 Patent).

3. Attached hereto as Exhibit B is a true and correct copy of the '763 Patent Prosecution History Final Office Action dated July 19, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the '763 Patent Prosecution History After Final Amendment of October 23, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of the '763 Prosecution History Notice of Allowability of November 15, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the U.S. Patent No. 7,676,022 (the '022 Patent).

7. Attached hereto as Exhibit F is a true and correct copy of the '022 Patent Prosecution History, Notice of Allowability of December 1, 2009.

8. Attached hereto as Exhibit G is a true and correct copy of the '763 Patent Prosecution History, Reply and Amendment of June 30, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of the '763 Patent Prosecution History, Reply and Amendment of February 6, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of the '763 Patent Reexamination Response of August 23, 2011.

SLC-6492749-1

11.     Attached hereto as Exhibit J is a true and correct copy of the '022 Patent Reexamination Response of August 24, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Bryce J. Bartlett

Dated this 10th day of November, 2011.